30 A.3d 1100

**Marchesu MINOR, Petitioner**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Respondent.**

**No. 54 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 14, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 14th day of October, 2011, the "Application to File for Application for Relief Out of Time" and the Application for Relief are **DENIED.**

30 A.3d 1101

**COMMONWEALTH of Pennsylvania**

v.

**Albert BUTLER, Petitioner.**

**No. 66 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 17, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of October, 2011, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**